```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )  No. CR-12-120-RMP-3
                                )
               Plaintiff,       )  ORDER GRANTING UNOPPOSED
                                )  MOTION TO MODIFY CONDITIONS
v.                              )  OF RELEASE
                                )
JUAN ALBERTO SILVA-RODRIGUEZ,   )  ☑   MOTION GRANTED
                                )      (ECF No. 122)
               Defendant.       )
_____)
```

Before the court is Defendant's unopposed Motion to Modify Conditions of Pretrial Release.  The court has reviewed the reasons for the request.

**IT IS ORDERED** that Defendant's unopposed Motion, ECF No. 122, is **GRANTED**.  Home detention is removed as a condition of release and replaced by a curfew of **9:00 p.m. to 4:00 a.m.** daily.

Defendant is required to abide by all other terms and conditions of the Order Setting Conditions of Release entered on November 15, 2012, including electronic monitoring or GPS monitoring.  ECF No. 71.

DATED January 3, 2013.


                          S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE




ORDER GRANTING UNOPPOSED MOTION TO
MODIFY CONDITIONS OF RELEASE - 1