UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUAN ALBERTO SILVA RODRIGUEZ<br>                Defendant. | No. CR-12-120-RMP-3<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

      Before the court is Defendant's unopposed Motion to Modify Conditions of Pretrial Release. The court has reviewed the reasons for the request. The Assistant U.S. Attorney notified the court orally via his Administrative Assistant that the United States does not oppose the Motion.

      **IT IS ORDERED** that Defendant's unopposed Motion, **ECF No. 126**, is **GRANTED.** Electronic Home Monitoring shall be removed as a condition of release in this matter.

      Defendant is required to abide by all other remaining terms and conditions of the Order Setting Conditions of Release entered on November 15, 2012, ECF No. 71, and as modified on January 3, 2013, ECF No. 125.

      DATED February 12, 2013.

                          S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE