

PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Juan Alberto Silva-Rodriguez | Docket No. | 2:12CR00120-003 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Juan Alberto Silva-Rodriguez, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 15th day of November 2012, under the following conditions:

**Condition #28**: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six times per month. Defendant shall submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, pretrial services, and the treatment vendor. Treatment shall not interfere with the defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: The defendant failed to report for random drug testing on April 18, 2013.

REQUEST FOR NO ACTION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/09/2013

by   s/Erik Carlson

Erik Carlson
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

Date  May 9, 2013